**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| OH MY GREEN, INC., | Case No. 2:20-cv-02509 |
| Plaintiff, | **ORDER GRANTING APPLICATION TO FILE UNDER SEAL PORTIONS OF *EX PARTE* APPLICATION** |
| v. | |
| SELENA SENORA CUFFE, | |
| Defendant. | |

Having considered Plaintiff Oh My Green, Inc.'s Application for Leave to File Under Seal Portions of *Ex Parte* Application ("Application"), this Court provisionally **GRANTS** the Application.

**IT IS HEREBY ORDERED** that the following documents attached to the *Ex Parte* Application for Temporary Restraining Order, Motion for Evidence Preservation Order, Motion for Entry of a Protective Order, Motion for Expedited Discovery, and Order to Show Cause For Why A Preliminary Injunction Should Not Be Entered ("*Ex Parte* Application") be filed under seal:

. . . .

. . . .

. . . .

| Document | Portion of Document To Be Filed Under Seal |
|---|---|
| **Category 1** ||
| Declaration of Erik Hammerquist In Support of *Ex Parte* Application | Paragraph 10 at page 4, lines 11 and 12 |
| Declaration of Suzanne Sengelmann In Support of *Ex Parte* Application | Paragraph 6 at page 3, lines 8-9 |
| | Paragraph 18 at page 5, lines 15 and 19 |
| | Paragraph 21 at page 6, lines 7, 8, 10, 11 |
| | Exhibits A, B, C, D, E, F, G, and H in their entirety |
| Declaration of Joel Alvarez In Support of *Ex Parte* Application ("Alvarez Declaration") | Exhibit A in its entirety |
| | Certain portions of pages 1 & 2 of Exhibit E highlighted in yellow in the Application |
| | Exhibit F in its entirety |
| **Category 2** ||
| Alvarez Declaration | Exhibit B in its entirety |
| | Exhibit C in its entirety |
| | Exhibit D in its entirety |
| | Certain portions of pages 1 & 2 of Exhibit E highlighted in blue in the Application |
| | Exhibit G in its entirety |
| | Exhibit H in its entirety |
| | Exhibit I in its entirety |

**IT IS SO ORDERED**

Dated:  March 17, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE