JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| OH MY GREEN, INC., | Case No. 2:20-cv-02509-PA-PVC |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SELENA SENORA CUFFE, | |
| Defendant. | |

1  Based upon the stipulation between the parties and their respective counsel, it
2  is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each
3  party shall bear its own attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated: January 13, 2021      By: _____
                                 Percy Anderson
                                 UNITED STATES DISTRICT JUDGE